FILED
JUN 1 3 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER SOGHOIAN (*pro se*)            )
1725 Irving St NW                          )
Washington DC 20010                        )
Ph: 617-308-6368                           )
Email: chris@soghoian.net                  )
       Plaintiff,                         )
                                           )
    v.                                    )   Case: 1:11-cv-01080
                                           )   Assigned To : Jackson, Amy Berman
                                           )   Assign. Date : 6/13/2011
**DEPARTMENT OF JUSTICE**                  )   Description: FOIA/Privacy Act
950 Pennsylvania Ave, N.W.                 )
Washington DC 20530,                       )
       Defendant.                         )
_____)


## MOTION TO ALLOW ELECTRONIC FILING BY
## A PARTY APPEARING WITHOUT AN ATTORNEY

Plaintiff requests permission to electronically file and serve documents. Plaintiff is able to comply with the equipment and rule requirements governing electronic filing.

Respectfully submitted,

_____
CHRISTOPHER SOGHOIAN
(*pro se*)
1725 Irving St NW
Washington, DC 20010
617-308-6368
Email: chris@soghoian.net

1