UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTOPHER SOGHOIAN,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 11-01080 (ABJ) |
| | ) | |
| v. | ) | ECF |
| | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **John Interrante** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
JOHN G. INTERRANTE
Assistant U.S. Attorney
Civil Division, E-4808
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel:   202.514.7220
Fax:   202.514.8780
Email: John.Interrante@usdoj.gov