| BOX/ DOC | PAGES | DOCUMENT DESCRIPTION | EXEMPT/ STATUS | JUSTIFICATION |
|---|---|---|---|---|
| | | **FOIA NO.** 10-3692-R<br>CHRISTOPHER SOGHOIAN | | |
| 1 | 300 | "Searching and Seizing Computers and Obtaining Electronic Evidence in Criminal Investigations" | | Publication of OLE Litigation Series, manual produced in conjunction with Computer Crimes and Intellectual Property Section, Criminal Division. This document was originally withheld in full, but subsequent to this referral and commencement of this litigation, Criminal Division reasserted possession, control, and final disposition. (See Declaration of John Cunningham). |
| 2 | 86 | "In the Matter of Application and Order" re: Pen Register etc.<br><br>Ex Parte/Filed Under Seal/Grand Jury | b3/18 USC 3121(B)(2)(d)<br><br>UNDER SEAL FedRCrPo 6e<br><br>b7C<br><br>WIF Not Segregable | This category of records consists entirely of specific third party individual criminal case prosecution filings in the U.S. District Courts of Eastern District of New York, Maryland, and Northern District of Illinois. All are Applications for Orders & Orders, authorizing the use of pen registers, trap and trace devices, all filed ex parte and under seal pursuant to the afore-referenced statutes, authorizing the installation and use of a pen register in particular criminal cases on specified third party individual targets, except for one Memorandum of Law filed in a federal grand jury matter concerning the same subject matter.<br><br>All withheld in their entirety and not subject to segregation pursuant to the afore-referenced statutes and Exemption (b)(3) and as sealed records prohibited from disclosure. Moreover, all are the records of third party individuals who have neither been specifically requested nor consented to disclosure, and are subject to protection by application of Exemption 7C, which protects third party individuals from unwarranted invasion of personal privacy. |

| 3 | 21 | E-mail from USMS Legal Advisor to other USDOJ Attorneys with attachments (undated) | b5<br>b3/<br> 18 USC<br><br>3123(B)(2)(d)<br>b7E<br><br>WIF Not Segregable | Intra-agency e-mail from Legal Advisor rendering legal opinion and recommendations, soliciting responses from recipients, regarding the use of draft models attached respecting sealed applications, affidavit, and orders for use in the types of cases identified in Document 2 above.<br><br>All withheld in their entirety by application of Exemption b(5) and (b)(3) in conjunction with the afore-referenced statutes, indicating as per Document 2, that all would be filed Under Seal.  In addition, these drafts contain portions detailing types of investigative techniques protected by Exemption (b)(7)(E), to the extent that those portions, would if disclosed, enable circumvention of the law. |
| 4 | 9 | E-mail communications between various AUSAs and USAOs and Criminal Division attorneys (9/09-12/09) | b5<br>b7C<br>b7E<br><br>WIF Not Segregable | Intra-agency communications between AUSAs in various USAOs and Criminal Division attorneys discussing legal issues and actual third party individual criminal cases involving "cell site" data.  Substance of exchanges concern legal analyses, alternative theories, and legal views both theoretical and as applied and recommendations concerning. (There are necessarily duplicate texts within the chain e-mails.)<br><br>All withheld by application of Exemption (b)(5) to privileged communications, (b)(7)(C) to the names of federal attorneys involved in the communications, and (b)(7)(E) to the particulars respecting the law enforcement techniques discussed and assessed within. |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |