**Christopher Soghoian v. U.S. Department of Justice,**
**1:11-cv-01080-ABJ (D. DC.)**

*U.S. Department of Justice, Criminal Division Vaughn Index*

| # | Document Description | Exemption(s)/Information Withheld |
|---|---|---|
| 1 | PowerPoint presentation to DOJ attorneys/AUSAs ("Leveraging Emerging Technologies in Prosecuting Cases") discussing legal issues including location information for wireless devices (31 pgs) | 3 pages being released in full; remaining pages being withheld per Exemptions 5 and 7(E) |
| 2 | OEO Manual – Part I: "Obtaining Location Information from Wireless Carriers" (16 pgs) | Exemptions 5 and 7(E) |
| 3 | Draft version of #2. (35 pgs) | Exemptions 5 and 7(E) |
| 4 | Draft version of #2. (15 pgs) | Exemptions 5 and 7(E) |
| 5 | PowerPoint presentation to DOJ attorneys/AUSAs discussing legal issues including location information for wireless devices ("Location Information for Wireless Devices, Social Networking, Seizure and Analysis of Computers") (33 pgs) | Exemptions 5, 6, 7(C) and 7(E); last 8 pages are not responsive |
| 6 | PowerPoint presentation to DOJ attorneys/AUSAs discussing legal issues including location information for wireless devices ("Can You Search Me Now? – Investigating Wireless 'Phones'") (20 pgs) | Exemptions 5, 6, 7(C) and 7(E) |
| 7 | PowerPoint presentation to DOJ attorneys/AUSAs discussing legal issues including location information for wireless devices ("Current Legal Issues in Wireless Phone Location") (15 pgs) | Parts of 2 pages being released; remaining pages and portions of pages being withheld per Exemptions 5 and 7(E) |
| 8 | Attorney notes to aide in PowerPoint presentation to DOJ attorneys/AUSAs discussing legal issues including location information for wireless devices ("Real-Time Electronic Surveillances") (6-pgs) | Exemptions 5, 6, 7(C), and 7(E) |

| | | |
|---|---|---|
| 9 | PowerPoint presentation to DOJ attorneys/AUSAs, with handwritten notes interlineated, to aide in discussion of legal issues including location information for wireless devices (8-pgs) | Exemptions 5, 6, 7(C), and 7(E) |
| 10 | Emails discussing search warrant (2-pgs) | Exemptions 5, 6, 7(C), and 7(E) |
| 11 | Legal analysis and responses to issues raised by various attorneys in drafting OEO manual, (#2) (5-pgs) | Exemptions 5 and 7(E) |
| 12 | Draft of possible guidance for obtaining search warrants (2-pgs) | Exemptions 5, 6, 7(C), and 7(E) |
| 13 | Comments regarding draft documents that would provide guidance to AUSAs regarding specific legal issues including "Obtaining Location Information from Wireless Carriers."  (3-pgs) | Exemptions 5 and 7(E) |
| 14 | Email [dated July 22, 2009] from a USMS employee to AUSAs and CCIPS attorneys seeking guidance and legal advice involving the use of electronic surveillance techniques in a narcotics investigation (1-pg) | Exemptions 5, 6, 7(C) and 7(E) |